```
_____FILED _____ENTERED
_____LODGED_____RECEIVED
       SEP 22 2006        DJ
           AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY ELLEN MULLEN, )<br>        Plaintiff, )<br>vs. )<br>WELLS FARGO BANK, N.A. a Delaware )<br>Corporation )<br>        Defendant. ) | CV6-1371<br>CIVIL ACTION NO.<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

06-CV-01371-CMP

TO:        The Clerk of the Court

AND TO:    Judith A. Lonnquist, P.S.,
           Attorney for Mary Ellen Mullen

   PLEASE TAKE NOTICE that WELLS FARGO FINANCIAL, upon whom the lawsuit was served, hereby removes to this Court the state court action described below:

   1. On or about June 30, 2006, an action was commenced in the Superior Court of the State of Washington for King County, entitled Mary Ellen Mullen, Plaintiff, v. Wells Fargo Bank, N.A., Defendant, as Case Number 06-2-21278-9. A true and correct copy of the Complaint is attached as **Exhibit A.**

   2. On or about July 21, 2006, Plaintiff filed an amended complaint. A true and

NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT - 1

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1 correct copy of the Amended Complaint is attached as **Exhibit B**.

2   3. The Amended Complaint seeks damages on four causes of action: discrimination based on sex in violation of RCW 49.60.180; discrimination based upon age in violation of RCW 49.60.180 and RCW 49.44.090; discrimination based on sex plus age in violation of RCW 49.60.180; and retaliation in violation of RCW 49.60.210.

4. Plaintiff served a copy of the summons and amended complaint on Wells Fargo Financial on August 24, 2006. A true and correct copy of the Summons is attached as **Exhibit C**.

5. This is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Wells Fargo Financial under 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states. Based on information and belief, the matter in controversy exceeds $75,000, exclusive of interests and costs, because Plaintiff requests relief for three years of back pay and other economic damages and emotional distress damages for discrimination based upon sex and age, as well as retaliation. See **Exhibit B**, page 3. See also the **Declaration of Sarah Jung Evans In Support of Removal**, ¶ 2.

6. In paragraph 1 of her Complaint, Plaintiff Mary Ellen Mullen asserts that she is a resident of King County. See **Exhibit B**, page 1. As such, Ms. Mullen is a citizen of the State of Washington. Wells Fargo Financial was, at the time of the filing of this action, and still is, a citizen of Iowa as a corporation incorporated under the laws of Iowa with its principal place of business in Iowa.

7. This Notice of Removal is being filed within 30 days after the service of the Summons and Complaint upon Wells Fargo Financial as required by 28 U.S.C. § 1446.

NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT -2

DORSEY & WHITNEY LLP
U S BANK HOLDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  WHEREFORE Wells Fargo Financial respectfully requests that the action now pending
2  in the Superior Court of the State of Washington for King County be removed to this Court and
3  that further proceedings in this action be conducted in this Court.

4  DATED this 22nd day of September, 2006, at Seattle, Washington.

DORSEY & WHITNEY LLP

_[signature]_

MICHAEL W. DROKE, P.C. WSBA #25972
SARAH JUNG EVANS, WSBA #37409
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Wells Fargo Financial

NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT -3

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006 I filed the foregoing Notice of Removal To United States District Court Under 28 U.S.C. § 1441(b) with the Clerk of the Court and served a copy by United States Mail to:

Judith A. Lonnquist
Law Offices of Judith A. Lonnquist, P.S.
1218 Third Street, Suite 1500
Seattle, WA 98101-3021

Dated this 22nd day of September, 2006.

_____
MICHELLE F. HALL

NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT -4
4834-2893-4401\1

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

# Exhibit "A"

MICHAEL J. FOX

FILED
06 JUN 30 PM 4:24
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

MARY ELLEN MULLEN,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

NO. 06-2-21278-9 SEA

COMPLAINT FOR DAMAGES AND OTHER RELIEF

## INTRODUCTION

This action is brought pursuant to common law and RCW 49.60 to redress acts of sex discrimination, age discrimination and retaliation. Plaintiff seeks lost pay, benefits and employment opportunities, emotional distress damages, attorneys' fees and costs, injunctive and other relief.

### I.  JURISDICTION AND VENUE

1. Defendant does business in King County. Plaintiff resides in King County, and her workplace where the acts complained herein occurred is in King County.

2. This court has jurisdiction pursuant to common law and Chapter 49 RCW.

COMPLAINT FOR DAMAGES
AND OTHER RELIEF - Page 1

ORIGINAL

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

## II. PARTIES

3. Plaintiff is a married woman residing in King County, Washington. She is over the age of 40. At all relevant times, she worked as a salesperson in Defendant's Institutional Trust Section (ITS).

4. Defendant Wells Fargo Bank, N.A. does business as a banking institution and has its principal office in Minneapolis, Minnesota. It operates numerous branches and banking offices throughout Washington, where, at all relevant times, it employed more than eight employees.

## III. STATEMENT OF CLAIMS

6. At all relevant times, Plaintiff was the only woman employed on Defendant's national sales force. Defendant employed no women in sales management of ITS. On information and belief, Plaintiff was the only member of the ITS sales force over 40.

7. On or about July 8, 2003, Defendant discharged Plaintiff without proper and just cause, and without prior notice.

8. On information and belief, Defendant replaced Plaintiff with a lesser qualified and or lesser experienced younger male.

9. Since her discharge, Plaintiff has been unable to secure comparable employment. On information and belief, Defendant has provided unfavorable references for Plaintiff which have substantially contributed to her inability to find suitable employment.

10. As a result of the age discrimination, sex discrimination, and retaliation, and Defendant's failure to redress it, Plaintiff suffered and continues to suffer severe emotional distress.

COMPLAINT - 2

## COUNT I

Defendant has discriminated against Plaintiff because of her sex, in violation of RCW 49.60.180.

## COUNT II

Defendant has discriminated against Plaintiff because of her age, in violation of RCW 49.60.180 and RCW 49.44.090.

## COUNT III

Defendant has retaliated against Plaintiff, in violation of RCW 49.60.210.

WHEREFORE, Plaintiff respectfully requests the following relief:

A. Back pay and other economic damages;

B. Emotional distress damages;

C. Pre-judgment interest;

D. Reasonable attorney's fees and litigation expenses pursuant to RCW 49.48.030 and/or RCW 49.60.030(3);

E. Injunctive relief;

F. Tax relief;

G. Costs;

H. Such other relief as the Court deems appropriate.

Dated this 30th day of June, 2006.

LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

Judith A. Lonnquist, WSBA #06421
Attorney for Plaintiff

COMPLAINT - 3

# Exhibit "B"

FILED
2006 JUL 21 PM 1:48
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

MARY ELLEN MULLEN,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

NO. 06-2-21278-9

AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF

## INTRODUCTION

This action is brought pursuant to common law and RCW 49.60 to redress acts of sex discrimination, age discrimination and retaliation. Plaintiff seeks lost pay, benefits and employment opportunities, emotional distress damages, attorneys' fees and costs, injunctive and other relief.

### I.     JURISDICTION AND VENUE

1.   Defendant does business in King County. Plaintiff resides in King County, and her workplace where the acts complained herein occurred is in King County.

2.   This court has jurisdiction pursuant to common law and Chapter 49 RCW.

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF - Page 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

ORIGINAL

## II. PARTIES

3. Plaintiff is a married woman residing in King County, Washington. She is over the age of 40. At all relevant times, she worked as a salesperson in Defendant's Institutional Trust Group (ITG).

4. Defendant Wells Fargo Bank, N.A. does business as a banking institution and has its principal office in Minneapolis, Minnesota. It operates numerous branches and banking offices throughout Washington, where, at all relevant times, it employed more than eight employees.

## III. STATEMENT OF CLAIMS

6. At all relevant times, Plaintiff was the only woman employed on Defendant's national sales force. Defendant employed no women in sales management of ITG. On information and belief, Plaintiff was the only member of the ITG sales force over 40 for the ten (10) years of Plaintiff's employment.

7. On or about July 8, 2003, Defendant discharged Plaintiff without proper and just cause, and without prior notice.

8. On information and belief, Defendant replaced Plaintiff with a lesser qualified and or lesser experienced younger male.

9. Since her discharge, Plaintiff has been unable to secure comparable employment. On information and belief, Defendant has provided unfavorable references for Plaintiff which have substantially contributed to her inability to find suitable employment.

10. As a result of the age discrimination, sex discrimination, and retaliation, and Defendant's failure to redress it, Plaintiff suffered and continues to suffer severe emotional distress.

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF – Page 2

## COUNT I

Defendant has discriminated against Plaintiff because of her sex, in violation of RCW 49.60.180.

## COUNT II

Defendant has discriminated against Plaintiff because of her age, in violation of RCW 49.60.180 and RCW 49.44.090.

## COUNT III

Defendant has discriminated against Plaintiff on the basis of her sex plus age, in violation of RCW 49.60.180.

## COUNT IV

Defendant has retaliated against Plaintiff, in violation of RCW 49.60.210.

WHEREFORE, Plaintiff respectfully requests the following relief:

A. Back pay and other economic damages;

B. Emotional distress damages;

C. Pre-judgment interest;

D. Reasonable attorney's fees and litigation expenses pursuant to RCW 49.48.030 and/or RCW 49.60.030(3);

E. Injunctive relief;

F. Tax relief;

G. Costs;

H. Such other relief as the Court deems appropriate.

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF – Page 3

1 | Dated this 30th day of June, 2006.

LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

*[signature]*

Judith A. Lonnquist, WSBA #06421
Attorney for Plaintiff

AMENDED COMPLAINT FOR DAMAGES
AND OTHER RELIEF – Page 4

# Exhibit "C"

**ORIGINAL**

FILED

2006 AUG 23 AM 9: 46

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| MARY ELLEN MULLEN,<br><br>                  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                  Defendant. | NO.  06-2-21278-9<br><br>SUMMONS |

TO THE DEFENDANT:  WELLS FARGO FINANCIAL
Registered Agent: Corporation Services Company
6500 Harbour Heights Pkwy., Suite 400
Mukilteo, WA 981275

A lawsuit has been started against you in the above-entitled court by Mary Ellen Mullen, Plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within twenty (20) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what he/she asks for because you have not responded. If you serve a

SUMMONS - Page 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of any attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 22d day of August, 2006.

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.

Judith A. Lonnquist, WSBA #06421
Attorneys for Plaintiff

SUMMONS - Page 2