IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARY ELLEN MULLEN<br><br>                    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, n.a., A Delaware Corporation,<br><br>                    Defendant. | NO. CV6 - 1371 JPD<br><br>**JURY DEMAND** |

     Pursuant to FRCP 38, Mary Ellen Mullen, the Plaintiff herein, hereby requests a trial by jury of any issues triable by right of jury in the above-entitled matter.

     Dated this 3rd day of October, 2006.

                                          LAW OFFICES OF
                                          JUDITH A. LONNQUIST, P.S.
                                          /s/ Judith A. Lonnquist
                                          Judith A. Lonnquist, WSBA #06421
                                          Attorneys for Plaintiff

JURY DEMAND - Page 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2006, I caused to be electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Jung Evans
evans.sarah@dorsey.com

                                      /s/ Judith A. Lonnquist
                                        Judith A. Lonnquist, WSBA #06421
                                       Attorneys for Plaintiff

JURY DEMAND - Page 2

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165