UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

MARY ELLEN MULLEN,

                    Plaintiff,

        vs.

WELLS FARGO BANK N.A.,

                    Defendant.

C06-1371 JLR

**MINUTE ORDER**

**REASSIGNING CASE**

        Pursuant to the Amended General Order entered by the Chief Judge on

November 3, 2004, this action has been reassigned to the Honorable James L. Robart, United

States District Judge.

        All future documents filed in this case must bear the cause number C06-1371 JLR and

bear the Judge's name in the upper right hand corner of the document.

Dated this 10th day of October, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
            Peter H. Voelker, Deputy Clerk